**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-2377**
_____

RHONDA BROWN,

               Plaintiff - Appellant,

       v.

OCWEN LOAN SERVICING LLC; WILMINGTON FINANCE, INC.; DEUTSCHE
BANK NATIONAL TRUST COMPANY, as Trustee for Securitized
Trust Morgan Stanley Home Equity Loan Trust 2007-2; MORGAN
STANLEY MORTGAGE CAPITAL, INC.; MORGAN STANLEY ABS CAPITAL 1
INC.; WELLS FARGO BANK N.A.; MORTGAGE ELECTRONIC
REGISTRATION SYSTEM, a/k/a MERS; DOES 1 THROUGH 100,
inclusive,

               Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Peter J. Messitte, Senior District
Judge. (8:14-cv-03454-PJM)

_____

Submitted: April 28, 2016             Decided: May 6, 2016

_____

Before SHEDD and WYNN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Rhonda Brown, Appellant Pro Se. James R. Billings-Kang, BLANK
ROME, LLP, Washington, D.C.; Stuart A. Cherry, Gerard J. Gaeng,
ROSENBERG, MARTIN & GREENBERG, LLP, Baltimore, Maryland; Clinton

Judd McCord, LOCKE LORD, LLP, Los Angeles, California, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rhonda Brown appeals the district court's orders denying relief in her civil action. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Brown v. Ocwen Loan Servicing, LLC., No. 8:14-cv-03454-PJM (D. Md. Aug. 20, 2015; filed Oct. 5, 2015 & entered Oct. 6, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED